FILED
CLERK, U.S. DISTRICT COURT
AUG 22 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 16-01650M |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |
| v. | |
| MANUEL SALAZAR-ARMAS | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) [X] the appearance of defendant as required; and/or

(B) [X] the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will comply w/ conditions of release. Defendant's criminal history & continued substance abuse pose a risk to safety of others.

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will comply w/ conditions of release. Defendant has no bail resources & continued substance abuse - also, prior failures to appear.

IT IS ORDERED that defendant be detained.

DATED: 8/22/16

_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE